**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| MILTON L. JACKSON,<br><br>Plaintiff,<br><br>v.<br><br>LONNIE G. BUNCH, III,<br>Secretary of the Smithsonian Institution,<br><br>Defendant. | Civil Action No. 1:22-cv-02240 (BAH) |

# ORDER

UPON CONSIDERATION of Defendant's Motion for Summary Judgment, Plaintiff's Opposition thereto and accompanying Statement of Genuine Issues, any reply, and the entire record herein, and the Court having determined that genuine disputes of material fact exist that preclude judgment as a matter of law, it is hereby

ORDERED that Defendant's Motion for Summary Judgment is DENIED; and it is further

ORDERED that the parties shall appear for a status conference or shall file a joint status report proposing a schedule for further proceedings, including pretrial and trial dates, within fourteen (14) days of the date of this Order.

SO ORDERED.

_________________________
Date

__________________________________
BERYL A. HOWELL
United States District Judge