# REPLY EX. 1

Additional Excerpts from

Report of Investigation ("ROI")

E45
Timestamp verification

**Jackson, Milton L.**

**From:** Jackson, Milton L.
**Sent:** Wednesday, August 19, 2015 4:23 PM
**To:** Graves, Marie W.
**Subject:** RE: Today

Marie: When I got back from lunch, you were already in the presentation. Please note that the first email in this thread that I sent to you is timestamped at 3:18pm today. I got back, asked Bonnie if she knew where you were and, after she responded that you were in the presentation, sent you an email.

Best,

Milt Jackson
Senior Advancement Program Specialist
Smithsonian Institution
National Museum of African Art
950 Independence Avenue SW
MRC 708 PO Box 37012
Washington, DC 20013
Office: 202-633-4635
Cell: 202-679-7894
JacksonML@si.edu

**From:** Graves, Marie W.
**Sent:** Wednesday, August 19, 2015 3:53 PM
**To:** Jackson, Milton L.
**Subject:** RE: Today

I have been waiting since 3:20. Lack of Veracity

**From:** Jackson, Milton L.
**Sent:** Wednesday, August 19, 2015 3:18 PM
**To:** Graves, Marie W.
**Subject:** Re: Today

Bonnie said you are in the presentation, will speak with you afterward. -Milt

Sent from my iPhone

On Aug 19, 2015, at 2:48 PM, Graves, Marie W. <GravesMW@si.edu> wrote:

> Hi Milt,
>
> Can you please drop by my office around 3:15?
>
> Thanks,
> Marie

**INTERROGATORY**
**of**
**EDDIE BURKE**

I, Eddie Burke, acknowledge that I am required by Federal regulations to cooperate fully with the investigator who has been assigned to conduct an investigation into the complaint of discrimination that Milton Jackson, former Senior Advancement Program Specialist, Office of Advancement, NMAfA has filed against the Smithsonian Institution, and that I must provide a statement for the investigative report which is true and complete to the best of my knowledge and which discloses all of the pertinent information of which I am aware that has a bearing on the merits of this complaint.

This statement is provided under oath (or affirmation), under penalty of perjury, and without a pledge of confidentiality, in accordance with the Equal Employment Opportunity Commission rules and regulations and SI policy. Any employee who is accused of discrimination or other acts of impropriety may be shown relevant portions of this affidavit and be provided an opportunity to respond for the record.

I am a (series/grade) GS 11, (title) Public Affairs Specialist
(division) (branch/office) National Museum of African Art

(agency) Smithsonian (location) Washington DC
My telephone number is: 202 633 4660

**How long have you been employed by the National Museum of African Art (NMAfA)? From what date to what date? How long have you been in your position?**

Ans: September 15, 2010 to present

For the record my race is: Black
For the record my sex is: Male

For the record I have participated in prior EEO activity:

**Ans: Yes.**

**INTERROGATORY**
**of**
**FRANK ESPOSITO**

I, Frank Esposito, acknowledge that I am required by Federal regulations to cooperate fully with the investigator who has been assigned to conduct an investigation into the complaint of discrimination that Milton Jackson has filed against the Smithsonian Institution, and that I must provide a statement for the investigative report which is true and complete to the best of my knowledge and which discloses all of the pertinent information of which I am aware that has a bearing on the merits of this complaint.

This statement is provided under oath (or affirmation), under penalty of perjury, and without a pledge of confidentiality, in accordance with the Equal Employment Opportunity Commission rules and regulations and SI policy. Any employee who is accused of discrimination or other acts of impropriety may be shown relevant portions of this affidavit and be provided an opportunity to respond for the record.

I am/was a (series/grade) Grade 9, (title) Administrative Support Specialist, NMAfA, Education, Smithsonian Institution, Washington, DC.

My telephone number is: 202-270-7564.

How long have you been employed by the National Museum of African Art (NMAfA)? From what date to what date? How have you been in your position?

**Ans: April 2012 to present.**

For the record my race is: Caucasian
For the record my sex is: Male
For the record I have ( )/have not (X) participated in prior EEO activity:

Who was your first-line supervisor at the time of this complaint? Provide his/her grade, series, title, race, sex, and whether or not they have participated in prior EEO activity. State for what period of time he/she was your supervisor.

**Ans: Marie Graves. I do not know the other requested information.**

Who was your second-line supervisor at the time of this complaint? Provide his/her grade, series, title, race, sex, and whether or not they have participated in prior EEO activity. State for what period of time he/she was your supervisor.

**Ans: N/A**

What was your relationship to Complainant and when did this relationship commence?